```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                    NOV 1 4 2014

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: 2:06-CR-00337-GHK |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. | ) | 18 U.S.C. 3143(a)] |
| | ) | |
| RICKY DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant having been arrested in the Southern District of California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his failure to proffer any evidence to meet his burden on this issue;

and

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his failure to proffer any evidence to meet his burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: November 14, 2014

_Margaret A. Nagle_
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2